**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>PARSHLEY, Walter<br>PARSHLEY, Donna<br>                    Debtors | Chapter 13<br>Case No. 19-11050-MSH |

**TRUSTEE'S OBJECTION TO DEBTORS' EXEMPTIONS**

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee ("Trustee"), respectfully objects to the Debtors' claimed federal exemption pursuant to 11 U.S.C. §522(d)(5) and for reasons says as follows:

1. The Debtors filed a Chapter 13 petition on March 29, 2019.  On May 7, 2019, the Debtors appeared for a meeting of creditors and were sworn.

2. According to Schedule C of the Debtors' schedules the Debtors have elected the Federal exemptions.  The Debtor exempts the business, The Parshley Team under 11 U.S.C.§522(d)(5) but also claims "100% of fair market value, up to any applicable statutory limit."  The Trustee objects to each exemption to the extent the Debtor seeks claim more than the actual dollar value of the claimed exemption.

WHEREFORE, the Trustee requests that the Court sustain her objection to the Debtors' claimed exemption and for such other relief as is proper.

Dated:  5/22/19

Respectfully submitted,

/s/ Carolyn Bankowski
Carolyn Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
Standing Chapter 13 Trustee
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA  02114-0022
(617) 723-1313
13trustee@ch13boston.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| In re:<br>PARSHLEY, Walter<br>PARSHLEY, Donna<br>　　　　　　　Debtors | Chapter 13<br>Case No. 19-11050-MSH |

### Certificate of Service

The undersigned hereby certifies that on 5/22/19 a copy of the Trustee's Objection to Debtors' Exemptions was served via first class mail postage prepaid or by electronic notice on the debtors and debtors' counsel at the addresses set forth below.

　　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn Bankowski

Walter and Donna Parshley
20 Edward Street
Stoughton, MA  02072

Joseph Foley, Esquire
PO Box 67397
Chestnut Hill, MA  02467